**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Seth Schroeder and Martha Henrickson or any successors as Trustees of the Plasterers and Cabinet Makers Health Fund, | Case No: 24-cv-4209 (KMM/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| VHM Enterprises, Inc., | |
| Defendant. | |

This matter is before the Court on Plaintiffs' Motion for Default Judgment. (Dkt. 11.) For the following reasons, the Motion is granted.

**FINDINGS OF FACT**

1.      Plaintiffs are Trustees and fiduciaries of the Plasterers and Cabinet Makers Health Fund ("the Fund").

2.      The Fund is multi-employer, jointly-trusteed fringe benefit plans created and maintained pursuant to Section 302(c)(5) of the Labor Management Relations Act of 1947 ("LMRA"), as amended 29 U.S.C. § 186(c)(5).

3.      The Fund is administered in accordance with the provisions of the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. § 1001, et seq. ("ERISA"). The Fund is exempt from federal taxation pursuant to the Internal Revenue Code.

4.      Defendant VHM Enterprises, Inc. ("VHM") is a Michigan business corporation with a registered address of 24151 Telegraph Road, Suite 180, Southview,

1

Michigan, 48033. VHM is an employer within the meaning of Section (3)(5) of ERISA, 29 U.S.C. § 1002(5).

5.    VHM became bound to the terms of a Maintenance Agreement covering its employees at the Ford Motor Company Michigan and Wayne assembly plants. The Maintenance Agreement provides that Defendant is bound to the Second Restated Agreement and Declaration of Trust for the Fund ("Trust Agreement"). The Maintenance Agreement requires VHM to contribute every month, not later than the 15th day of the following month, a monthly health insurance premium to the Fund for each of its employees covered by the Maintenance Agreement. VHM is bound to the Maintenance Agreement through at least July 31, 2025.

6.    VHM breached the terms of the Maintenance Agreement by failing to submit the required remittance reports for the period of October 2024 through the present ("Delinquency Period"). Without the required remittance reports, the Fund will not have an adequate means of determining the amounts due and owing to the Fund.

7.    VHM employed individuals during the Delinquency Period on whose behalf contributions are due and owing, and continues to do so.

8.    The Trust Agreement states that if VHM becomes delinquent in its submission of premiums to the Fund, VHM shall be required to pay as liquidated damages an amount equal to ten percent of the delinquent amount due.

9.    Liquidated damages due and owing cannot be determined until all required remittance reports are submitted by VHM for the Delinquency Period.

10.    The Trust Agreement states that if VHM becomes delinquent in its

submission of premiums to the Fund, VHM shall be liable for all reasonable attorneys' fees and other expenses incurred by Trustees of the Fund in collecting unpaid premiums.

11. The Trust Agreement states that if VHM becomes delinquent in its submission of premiums to the Fund, interest shall accrue as of the due date at the rate prescribed by the under section 6621 of the Internal Revenue Code.

## PROCEDURAL HISTORY

12. Plaintiffs' filed their Complaint on November 15, 2024. (Dkt. 1)

13. The Complaint was served on VHM on February 21, 2025. (*See* Dkt. 5)

14. VHM failed to file an Answer within the time allowed by law.

15. Plaintiffs applied for entry of default on March 17, 2025. (Dkt. 6.) The Clerk of Court subsequently entered Default on March 18, 2025. (Dkt. 9.) *See* Fed. R. Civ. P. 55(a).

16. Plaintiffs filed this Motion on September 25, 2025. (Dkt. 11.) Plaintiffs served VHM with the Motion on September 29, 2025. (Dkt. 15.)

17. The Court held a hearing on the Motion on April 2, 2026. Christy E. Lawrie of Shumaker Loop & Kendrick, LLP, appeared on behalf of the Plaintiffs. There was no appearance on behalf of VHM. (Dkt. 17 (minute entry).)

## CONCLUSIONS OF LAW

1. VHM is in default and the Fund is entitled to entry of judgment. *See* Fed. R. Civ. P 55(b).

2. The Fund is entitled to an Order requiring the production of the required remittance reports for the Delinquency Period.

3

3.      After VHM submits the remittance reports, VHM is liable to the Fund for all fringe benefit contributions, liquidated damages and interest found to be due and owing to all the Funds.

4.      VHM is liable, in an amount to be determined, for the Fund's reasonable attorneys' fees and costs incurred in pursuing the delinquent contributions.

## **ORDER**

**IT IS ORDERED:**

1.      That Plaintiffs' Motion is **GRANTED**.

2.      Defendant VHM is **ORDERED** to submit all remittance reports for the Delinquency Period.

3.      Defendant must submit the required records to the Plaintiffs' third-party administrator, Wilson McShane Corporation., 3001 Metro Drive, Suite 500, Bloomington, MN 55425, within ten (10) days of the date on which it is served with a copy of this Order.

4.      The Court further **DECLARES** that Defendant is liable to the Plaintiffs for:

a.      Delinquent contributions, liquidated damages and interest due and owing for the Delinquency Period, pursuant to the Maintenance Agreement; and

b.      The Plaintiffs' reasonable attorneys' fees and costs incurred in pursuing delinquent contributions.

5.      The Court will determine the amount of contributions, liquidated damages, interest, and attorneys' fees and costs as follows:

a.      After receiving the fringe benefit reports, the Plaintiffs may file and serve a Motion for Entry of a Money Judgment in the amount the Plaintiffs

4

determine that Defendant VHM owes for delinquent contributions, liquidated damages, and interest as well as reasonable attorneys' fees and costs.

b.      Defendant VHM may then file and serve a response to the Plaintiffs' Motion within ten (10) days of the date the Plaintiffs' Motion is served.

c.      The Court will examine the parties' submissions and issue an order for judgment as the Court deems appropriate. No hearing will be held unless the Court orders otherwise.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: April 20, 2026                                    *s/Katherine Menendez*_____
                                                        Katherine Menendez
                                                        United States District Judge